ed to allow the defendant to use the stenographer's minutes of the evidence and charge, for the purpose of making a case and exceptions, if desired.

PEOPLE, Appellant, v. FREMONTES, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Proceedings by the people of the state of New York against Louis Fremontes. No opinion. Interlocutory judgment affirmed.

PEOPLE, Appellant, v. HASBROUCK, Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Proceedings by the people of the state of New York against Melinda Hasbrouck, as sole executrix, etc., of Frederick Hasbrouck, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. LATRONA. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Appeal from Trial Term, New York County. Santo Latrona was convicted of manslaughter, and appeals. Affirmed. Paul Jones, for appellant. Robert C. Taylor, for the People.

PER CURIAM. This case presented only a question of fact for the jury, and, the jury having decided it adversely to the defendant, there is no reason for disturbing their conclusion. The judgment should be affirmed.

PEOPLE v. LINCOLN SPRING CO. PEOPLE v. GEYSERS NATURAL CARBONIC GAS CO. PEOPLE v. NEW YORK CARBONIC ACID GAS CO. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Proceedings by the people of the state of New York against the Lincoln Spring Company, against the Geysers Natural Carbonic Gas Company, and against the New York Carbonic Acid Gas Company.

PER CURIAM. Motions granted, unless the defendants, within 10 days from service upon them of copy of this order, withdraw their demurrer and serve an answer, which they are hereby permitted to do, without costs, and unless with the answer they shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term. In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied. Order to be settled by CHESTER, J.

KELLOGG, J., dissents.

PEOPLE v. MARTOOGESIAN. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Proceedings by the people of the state of New York against Levolt M. Martoogesian. No opinion. Motion granted, unless appeal be ready for March term. Order filed.

PEOPLE, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, 115 N.Y.S.—72

Fourth Department. January 20, 1909.) Proceedings by the people of the state of New York against William Mason.

PER CURIAM. Judgment and order affirmed.

SPRING and KRUSE, JJ., dissent, upon the ground that the evidence is insufficient to sustain the verdict.

PEOPLE v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Proceedings by the people of the state of New York against the Natural Carbonic Gas Company.

PER CURIAM. Motion granted, unless defendant, within 10 days from service upon it of copy of this order, withdraw its demurrer and serve an answer, which it is hereby permitted to do, without costs, and unless with the answer it shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term. In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied. See, also, 128 App. Div. 42, 112 N. Y. Supp. 381. Order to be settled by CHESTER, J.

KELLOGG, J., dissents.

PEOPLE, Respondent, v. SHATTUCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Proceedings by the people of the state of New York against Charles E. Shattuck. No opinion. Remittitur of Court of Appeals ordered returned to this court from Monroe County Court, motion for reargument granted, reargument heard, and judgment of conviction reversed. See 194 N. Y. 424, 87 N. E. 775.

PEOPLE v. TEAL. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Proceedings by the people of the state of New York against Margaret Teal. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. TUCCI, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York against Aniello Tucci. No opinion. Judgment of the County Court of Westchester county affirmed.

PEOPLE v. WHITMAN. SAME v. KADRA. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Proceedings by the people of the state of New York against Walter R. Whitman and against John Kadra. No opinions. Motions granted. Orders filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, assessors of the town of Rosendale, Ulster county, N. Y. No opinion. Order unanimously affirmed, with $10 costs and disbursements.